## LISA D. EGAN *v.* PAUL B. EGAN

The plaintiff's petition for certification for appeal from the Appellate Court, 115 Conn. App. 902 (AC 30333), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Lisa D. Egan,* pro se, in support of the petition.

Decided September 9, 2009

## STATE OF CONNECTICUT *v.* ENRIQUE MARTINEZ

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 426 (AC 30422), is denied.

*Lisa J. Steele,* special public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided September 9, 2009